FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ICE HARBOR PROPERTIES, LLC; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. XLS0342717,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI CONTROL TECHNOLOGIES, INC. d/b/a BTU VENTILATION, and PARRISH STAKKELAND,<br><br>Defendants. | NO. 4:20-CV-05117-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' stipulated Consent Motion for Remand, ECF No. 2. The parties stipulate that the above-captioned case be remanded to the Superior Court of the State of Washington in and for the County of Franklin from which the case was removed based on the in-state defendant rule barring removal of this action to this Court. The Court grants the motion.

//

//

//

//

**ORDER GRANTING STIPULATED MOTION FOR REMAND \* 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' stipulated Consent Motion for Remand, ECF No. 2, is **GRANTED**.

2. The above-captioned case is **REMANDED** to Franklin County Superior Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** this file.

**DATED** this 9th day of September 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND \* 2**